# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Stephanie Marie Scott**
   Plaintiff
 vs.         CASE NUMBER: 3:12-CV-1840 (NAM)

**Commissioner of Social Security**
   Defendant

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That plaintiff's motion for judgment on the pleadings is GRANTED; and further that this matter is REMANDED to the Commissioner for a calculation of benefits utilizing July 26, 2009 as the disability onset date.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 17th day of September, 2014.

DATED: September 17, 2014

                *[signature]*
                Clerk of Court

            s/ *Joanne Bleskoski*

            Joanne Bleskoski
            Deputy Clerk