UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
******************************
STEPHANIE MARIE SCOTT,

        Plaintiff,

v.

CAROLYN W. COLVIN,
ACTING COMMISSIONER
OF SOCIAL SECURITY,

        Defendant.
******************************

Civil Action No. 3:12-cv-01840-NAM

**CONSENT ORDER FOR PAYMENT OF FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

This matter having been opened to the Court by Charles E. Binder for an Order awarding attorney fees pursuant to the Equal Access to Justice Act, (28 U.S.C. § 2412), and it appearing that RICHARD S. HARTUNIAN, United States Attorney, and Jason P. Peck, Special Assistant United States Attorney (attorneys for defendant) having consented to the entry of an Order awarding an amount of $4,200 in attorney's fees, plus costs of $350.00, the Court having reviewed the record in this matter;

IT IS on this 18 day of December, 2014;

ORDERED that plaintiff be paid a fee award under the Equal Access to Justice Act in the amount of $4,200.00 in attorney's fees, plus $350.00 in costs. Fees are payable to the Plaintiff, but if Plaintiff does not owe a debt subject to offset, payable to the attorney.

The motion for attorney fees Dkt. No. 15 is deemed moot.

                                                          _____
                                                          Norman A. Mordue, Senior Judge
                                                          United States District Court

The undersigned hereby consent to the form and entry of the within order.

                                RICHARD S. HARTUNIAN
                                United States Attorney

By:    */s/ Jason P. Peck*
        Jason P. Peck
        Special Assistant U.S. Attorney


        Binder, Binder Law Firm

By:    */s Charles E. Binder*
        Charles E. Binder
        Attorney for Plaintiff